FILED
CLERK U.S. DISTRICT COURT

JUN 16 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| CAROLYN HENNINGS, | ) CV 01-7116-VAP (SH) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner, Social Security, Administration, | ) |
| Defendant. | ) |

IT IS HEREBY ADJUDGED that plaintiff's Complaint is dismissed.

DATED: June 14, 2004

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE